## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 07-57149 |
| | : | |
| Juli A. McGlinchey | : | S.S. No. xxx-xx-1079 |
| | : | |
| Debtor | : | Chapter 7, Judge Hoffman |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $7.49 represents small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these small dividends is as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ecast Settlement Corporation<br>Successor to Arrow Financial<br>Services LLC assignee<br>of GE Money Bank<br>PO Box 35480<br>Newark, NJ 07193-5480 | 8 | $4.80 |
| Figi's Inc.<br>Attn: Recovery Operations<br>3200 S. Maple Avenue<br>Marshfiled, WI 54449 | 9 | $0.54 |
| Ecast Settlement Corporation<br>Assignee of HSBC Bank Nevada<br>and its Assigns<br>PO Box 35480<br>Newark, NJ 07193-5480 | 14 | $2.15 |

Dated: August 20, 2010

/s/ Sara J. Daneman  
Sara J. Daneman (0008254)  
62 Mill Street  
Gahanna, Ohio 43230  
(614) 337-0960  
Trustee

cc: U.S. Trustee